UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID PAGE (#530791)

VERSUS

TIM HOOPER, ET AL.

CIVIL ACTION

25-266-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated June 16, 2024, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Plaintiff's claims against all defendants, are dismissed, with prejudice, as malicious and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the plaintiff's pending Motions (R. Docs. 3, 8, and 9) are denied as moot.

Signed in Baton Rouge, Louisiana, on this 2 day of July, 2025.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 10.