# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

DAVID PAGE (#530791)

VERSUS

TIM HOOPER, ET AL.

CIVIL ACTION

25-266-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated June 16, 2024, to which no *Objection* has been filed.[2]

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's claims against all defendants, are dismissed, with prejudice, as malicious and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the plaintiff's pending Motions (R. Docs. 3, 8, and 9) are denied as moot.

Signed in Baton Rouge, Louisiana, on this __3rd__ day of October, 2025.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 10.
[2] The *Report and Recommendation* (Rec. Doc. 10) was initially ruled upon on July 2, 2025, to which Plaintiff filed a *Motion for Reconsideration of Report and Recommendations,* which was granted. Plaintiff was given until September 15, 2025, to file any objection to the Report and Recommendation, but has not done so.